UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 07/2019)

In re:

**Robert Todd Culp**,
      Debtor.

Case No. **19–02578–RLM–13**

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a hearing is required to evaluate the following matter(s):

    (1) Objection to Claim # 1 for INDIANA DEPARTMENT OF REVENUE

    (2) Objection to Claim # 4 for Internal Revenue Service

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  November 26, 2019
    Time:  10:00 AM EST
    Place:  Rm. 329 U.S. Courthouse
           46 E. Ohio St.
           Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  October 28, 2019
                                          Kevin P. Dempsey
                                          Clerk, U.S. Bankruptcy Court